UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Virginia T. Shea, Esq.
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: (201) 445-6722
Facsimile: (201) 445-5376
E-Mail: vshea@mdmc-law.com
*Counsel for Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy Estate Efficient Electric, LLC*

| | |
|---|---|
| In re: | Chapter 7 |
| EFFICIENT ELECTRIC LLC, | Case No. 17-28646 (JKS) |
| Debtor. | Honorable John K. Sherwood, U.S.B.J. |
| | Hearing Date: February 6, 2018 at 10:00 a.m. |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION SEEKING ENTRY OF AN ORDER (1) APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§105 AND 363, (2) AUTHORIZING TRUSTEE TO PAY COMMISSION TO AUCTIONEER WITHOUT FURTHER COURT ORDER PURSUANT TO D.N.J. LBR 2016-2, (3) WAIVING THE STAY OF THE SALE IMPOSED BY FED. R. BANKR. P. 6004(h) AND (4) GRANTING <u>RELATED RELIEF.</u>**

**TO:** United States Trustee
One Newark Center, suite 2105
Newark, NJ 07102

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, NJ 08540-1509

Ally Capital
Attn:  Asset Recovery Center/Bankruptcy Unit
P.O. Box 8138
Cockeysville, MD 21030

Patrick T. Sherlock
K2electric
339 Stonetown Road
Ringwood, NJ  07456-1217

David E. Hoffman
J. Van Houten Electric Inc.
24 Ironia Road
Flanders, NJ  07836-9124

**PLEASE TAKE NOTICE** that that on the 6th day of February, at 10 a.m., or as soon thereafter as counsel may be heard, Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for the Bankruptcy Estate of Efficient Electric, LLC (the "Debtor") will move before the Honorable John K. Sherwood, U.S.B.J., Martin Luther King Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for the entry of an Order (1) Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, interests, and Encumbrances Pursuant to 11 U.S.C. §§105 AND 363, (2) Authorizing the Trustee to Pay the Auctioneer's Commission Without Further Court Order Pursuant to D.N.J. LBR 2016-2, (3) Waiving the Stay of the Sale Imposed by Fed. R. Bankr. P. 6004(h), and (4) Granting Related Relief (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Trustee shall rely upon his Certification and Memorandum of Law submitted herewith pursuant to D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court at Martin Luther King, Jr.

Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07101-1352, and served upon (i) McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for the Trustee at 40 West Ridgewood Avenue, Ridgewood, New Jersey 07450, Attention: Virginia Shea, Esq.; and (ii) Office of the United States Trustee, One Newark Center, 1085 Raymond Blvd., Suite 2100 Newark, NJ 07102, no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Trustee's motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
*Attorneys for Eric R. Perkins, Chapter 7*

By: /s/ *Virginia T. Shea*
Virginia T. Shea

Dated: January 16, 2018